

Charles Gaines, pro se.

John W. Stokes, U. S. Atty., Anthony M. Arnold, Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.

Before GEWIN and GOLDBERG, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

S. Attys., Houston, Tex., for plaintiff-appellee.

Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.  See Local Rule 21.[1]

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jesus Oscar TREVINO, Defendant-Appellant.**

**No. 30691.**

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 1971.

**Clyde BEASLEY, Plaintiff-Appellant,**

v.

**WHELESS DRILLING COMPANY et al.,
Defendants-Appellees.**

**No. 30791.**

United States Court of Appeals,
Fifth Circuit.

May 28, 1971.

Rehearing Denied and Rehearing En Banc Denied July 2, 1971.

Oscar Pena, Laredo, Tex., court-appointed, for defendant-appellant.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Edward B. McDonough, Jr., Anthony C. Aguilar, Asst. U.

Sylvia Roberts, Baton Rouge, La., Francis M. Vining, Monticello, Miss., for plaintiff-appellant.

A. R. Christovich, Jr., Christovich & Kearney, New Orleans, La., for appellees, Wheless Drilling Company, Inc. and The Fidelity & Casualty Company of New York.

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's Local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir., 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.